

U.S. Fish & Wildlife Service

# Environmental Impact Statement for the Proposed Revision to the Regulations for the Nonessential Experimental Population of the Mexican Wolf (Canis lupus baileyi)

*Final*

*Mexican Wolf Recovery Program*

*November 2014*

Proposed Revision to the Regulations for the Nonessential experimental
Population of the Mexican Wolf (*Canis lupus baileyi*)

Final Environmental Impact Statement

**Jaguar**

There are no direct effects to jaguars from the proposed revised rule, the issuance of a 10(a)(1)(A) permit for Mexican wolves and gray wolves, nor providing funding for the implementation of the Mexican wolf recovery program. Indirect effects to the jaguar may include incidental injury or death during the implementation of the Mexican wolf recovery program within the action area. Mexican wolves and jaguars will likely compete for the same prey where the two species overlap. Mexican wolves may push jaguars off of kills or the opposite depending on the individual interaction. Jaguar-killed cattle or other ungulates may be investigated if Mexican wolves are also in the area, resulting in disturbance to jaguar kills. Food caches for Mexican wolves may potentially influence the movement of jaguars if they are utilizing the caches. Traps for Mexican wolves are placed in areas of high Mexican wolf utilization (Mexican wolf territories) based on either radio collar data or sign, and for a short period of time to accomplish goals ($\leq$ 3 weeks), thus, limiting the potential for incidental jaguar capture. Overall, given the limited overlap of jaguar and Mexican wolf distribution in New Mexico and Arizona, it is unlikely that incidental capture of jaguars will occur. However, leg-hold traps have padded jaws to reduce the likelihood of injury to captured animals, and personnel receive annual training from a licensed veterinarian; and they have appropriate drugs and emergency supplies to safely handle non-target captures, including jaguars.

The primary Mexican wolf management activity that could affect a jaguar is the use of leg-hold trapping. Jaguars have been documented in Santa Cruz, Pima, and Cochise counties, Arizona; and Hidalgo County, New Mexico. However, jaguars are in extremely low numbers along the U.S.-Mexico border and thus, the chance of one being caught in a trap intended for a Mexican wolf is extremely low. As stated above, leg-hold traps are used frequently by the Mexican Wolf Recovery Program to catch Mexican wolves that need to be radio-collared or translocated. Jaguars could potentially be incidentally captured in traps meant for Mexican wolves, especially if trapping is being conducted in areas occupied by jaguars. Traps are sometimes placed near carcasses to attract Mexican wolves, which may also attract jaguars, but it is unlikely that a jaguar would be captured without jaguar specific lures or baits. If captured, a jaguar could suffer dehydration, injury, or death especially if the animal is not detected for some time. However, wolf traps are visually checked at least every 24 hours, and more often if weather conditions dictate. Additionally, personnel are trained in emergency procedures annually and fluids are given to trapped animals that are sedated. A jaguar would have to be sedated in order to free it from the trap. There may be negative effects (harassment, injury or death) if a jaguar were accidentally captured in a trap, However, the data collected from an individual jaguar accidentally captured could provide information on habitat use, occurrence, and movements that may guide future research proposals and provide information for management decisions that would have beneficial effects on the species' survival and recovery.

**Ocelot**

There are no direct effects to ocelots from the proposed revised rule, the issuance of a 10(a)(1)(A) permit for Mexican wolves and gray wolves, nor providing funding for the implementation of the Mexican wolf recovery program. Indirect effects to the ocelot may include incidental injury or death during the implementation of the Mexican wolf recovery program within the action area. The primary activity that may affect the ocelot is the use of leg-hold trapping. As stated above, leg-hold traps are used frequently by the Mexican wolf recovery program to catch Mexican wolves that need to be radio-collared or translocated. An ocelot could potentially be caught in traps meant for Mexican wolves, especially if trapping is being conducted south of Interstate 10 in Arizona. Other felids (e.g., bobcats, mountain lions) have been caught in leg-hold traps in the past during Mexican wolf trapping efforts (J. Oakleaf, pers. comm. 2010). If Mexican wolves begin occurring along the U.S.-Mexico border and Mexican wolves need to be captured, an ocelot could potentially be subjected to incidental capture. Ocelots are in