IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| THE HUMANE SOCIETY OF THE UNITED STATES, ANIMAL PROTECTION OF NEW MEXICO, JEAN OSSORIO, and PETER OSSORIO<br><br>    Plaintiffs,<br><br>v.<br><br>PAUL M. KIENZLE III, WILLIAM MONTOYA, ROBERT ESPINOZA SR., RALPH RAMOS, BOB RICKLEFS, ELIZABETH ATKINSON RYAN, and THOMAS SALOPEK, in their official capacities as Commissioners of the New Mexico State Game Commission; and ALEXANDRA SANDOVAL, in her official capacity as Director of the New Mexico Department of Game and Fish,<br><br>    Defendants. | Case No. 2:16-cv-00724-LAM-SMV |

## DECLARATION OF PAUL S. WEILAND IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT

I, Paul S. Weiland, declare as follows:

1. I am an attorney duly admitted to practice before this Court, and I am a partner with the law firm of Nossaman LLP, attorneys of record for Defendants Paul M. Kienzle, III, William "Bill" Montoya, Robert Espinoza, Sr., Ralph Ramos, Bob Ricklefs, Elizabeth Atkinson Ryan, and Thomas Salopek, in their official capacities as members of the New Mexico State Game Commission, and Alexandra Sandoval, in her official capacity as Director of the New Mexico Department of Game and Fish (collectively, "Defendants").

1

2. I have personal knowledge of the facts set forth herein, and, if called and sworn as a witness, could and would competently testify thereto. I submit this declaration in support of Defendants' Motion to Dismiss and Request for Judicial Notice.

3. On September 8, 2016, I downloaded the U.S. Fish and Wildlife Service document entitled "Environmental Impact Statement for the Proposed Revision to the Regulations for the Nonessential Experimental Population of the Mexican Wolf (*Canis lupus baileyi*)" from the U.S. Fish and Wildlife Service's publicly available website at https://www.fws.gov/southwest/es/mexicanwolf/pdf/EIS_for_the_Proposed_Revision_to_the_Regulations_for_the_Nonessential_Experimental_Population_of_the_Mexican_Wolf.pdf. A true and correct excerpt (cover; page 22 of Chapter 4) of this publicly available document is attached hereto as Exhibit A.

4. On September 8, 2016, I downloaded the U.S. Fish and Wildlife Service Document entitled "Mexican Wolf Recovery Program: Progress Report #18" from the U.S. Fish and Wildlife Service's publicly available website at https://www.fws.gov/southwest/es/mexicanwolf/pdf/2015_MW_Progress_Report.pdf. A true and correct excerpt (cover; pages 46–47) of this publicly available document is attached hereto as Exhibit B.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct and that this declaration was executed on September 8, 2016 at Irvine, California.

*/s/ Paul S. Weiland*
Paul S. Weiland

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on September 8, 2016, I filed the foregoing using CM/ECF which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Samuel C. Wolf<br>Jones, Snead, Wertheim & Clifford, P.A.<br>1800 Old Pecos Trail<br>Santa Fe, NM 87505<br>Telephone: 505-982-0011<br>Facsimile: 505-989-6288<br>Email: sam@thejonesfirm.com | *Attorneys for Plaintiffs* |
| Bruce A. Wagman<br>Schiff Hardin LLP<br>One Market, Spear Tower, 32nd Fl.<br>San Francisco, CA 94105<br>Telephone: 415-901-8700<br>Facsimile: 415-901-8701<br>Email: bwagman@schiffhardin.com | *Attorneys for Plaintiffs* |
| Nicholas Arrivo<br>The Humane Society of the United States<br>2100 L St NW<br>Washington DC 20037<br>Telephone: 202-676-2339<br>Facsimile: 202-676-2357<br>Email: narrivo@humanesociety.org | *Attorneys for Plaintiffs* |

DATE: September 8, 2016      */s/ Paul S. Weiland*
                      Paul S. Weiland